IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK ANTHONY THOMPSON          :
                               :
        Plaintiff(s)            :
                               :  Case Number: 1:06-cv-00059
    vs.                         :
                               :  Senior District Judge S. Arthur Spiegel
JUDGE BRETT SPENCER, et al.    :
                               :
        Defendant(s)            :

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . this Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 5) and DISMISSES Plaintiff's complaint without prejudice for failure to prosecute and CLOSES this case.

10/5/06                                          James Bonini, Clerk


                                                 s/Kevin Moser
                                                 Kevin Moser
                                                 Deputy Clerk